UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-35038 |
|---|---|
| RICHARD K. DAILEY | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072900**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 51 | US BANK NA % WELLS FARGO HOME<br>1 HOME CAMPUS<br>BK PAYMNT PROC MAC#X2302-04C<br>DES MOINES, IA  50328 | 40.50 |
| 8/ 52 | US BANK NA % WELLS FARGO HOME<br>1 HOME CAMPUS<br>BK PAYMNT PROC MAC#X2302-04C<br>DES MOINES, IA  50328 | 47.69 |
| 8/ 53 | US BANK NA % WELLS FARGO HOME<br>1 HOME CAMPUS<br>BK PAYMNT PROC MAC#X2302-04C<br>DES MOINES, IA  50328 | 1,428.46 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/29/2011

Certificate of Service                08-35038

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

RICHARD K. DAILEY
57 W. WASHINGTON ST.
JAMESTOWN, OH  45335

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(44.1n)
ANNE M FRAYNE
18 W FIRST ST
SUITE 200
DAYTON, OH  45402

(40.1n)
CHASE AUTO FINANCE
NATIONAL BANKRUPTCY DEPT
201 N CENTRAL AVE AZ1-1191
PHOENIX, AZ  85004

(39.1n)
JEREMY R MASON
BOX 498367
5181 NATORP DRIVE SUITE 202
CINCINNATI, OH  45249

(43.1n)
JONATHAN A MASON
BOX 498367
5181 NATORP DRIVE SUITE 202
CINCINNATI, OH  45249

(48.1n)
LAURA R FAULKNER
525 VINE ST
SUITE 800
CINCINNATI, OH  45202

(42.1n)
MALINDA L LANGSTON
KOHNEN & PATTON LLP
201 EAST 5TH ST   STE 800
CINCINNATI, OH  45202

(49.1n)
RESURGENT CAPITAL SERVICES
BOX 10826
GREENVILLE, SC  29603

(38.1n)
RICHARD M HAINES NATL BANK
KOHNEN & PATTON
201 E FIFTH STREET SUITE 800
CINCINNATI, OH  45202

(51.3)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201-5480

(36.1n)
STEVEN H PATTERSON
FOR WELLS FARGO BANK
BOX 5480
CINCINNATI, OH  45201

(51.1)
US BANK NA % WELLS FARGO HOME
1 HOME CAMPUS
BK PAYMNT PROC MAC#X2302-04C
DES MOINES, IA  50328

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv